IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LLOYD H. FREEMAN,
and MARGARET FREEMAN,

    Plaintiffs,

v.                                       CASE NO.  4:14cv119-RH/CAS

H & G PROPERTIS, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4.  No objections have been filed.

As correctly set out in the report and recommendation, the plaintiff has not alleged a basis for federal jurisdiction.  This is so because the plaintiff has not alleged facts supporting a claim arising under federal law, has not alleged facts showing that the parties are of diverse citizenship, and has not alleged any other basis of federal jurisdiction.  And the claim apparently would be barred by the *Rooker-Feldman* doctrine, even if there were otherwise a basis for federal jurisdiction.  *See, e.g.*, *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S.

280, 284 (2005); *D.C. Court of Appeals v. Feldman*, 460 U.S. 462 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923).  For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED.  The clerk must enter judgment stating, "This case is dismissed for lack of federal jurisdiction."  The clerk must close the file.

SO ORDERED on April 14, 2014.

                                          s/Robert L. Hinkle
                                          United States District Judge