IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LLOYD H. FREEMAN,
and MARGARET FREEMAN,

    Plaintiffs,

v.                              CASE NO. 4:14cv119-RH/CAS

H & G PROPERTIS, LLC,

    Defendant.

_____/

## ORDER DENYING THE MOTION TO
## ALTER OR AMEND THE JUDGMENT

The plaintiffs' submission entitled "PLAINTIFFS OBJECTIONS MOTION/ANSWER TO ORDER OF DISMISSAL," ECF No. 10, is deemed a timely motion to alter or amend the judgment. The motion is denied.

SO ORDERED on May 15, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge